# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CAPITOL BODY SHOP, INC., et al.,

    Plaintiffs,

v.                                                                               Case No: 6:14-cv-6000-Orl-31TBS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, et al.,

    Defendants.

## ORDER

This cause comes before the Court on Defendants' Motions to Dismiss (Doc. Nos. 26, 31, 41, and 44).

On February 9, 2015, the United States Magistrate Judge issued a report (Doc. No. 82) recommending that the motions be granted in part and denied in part. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1.     The Report and Recommendation is **CONFIRMED** and **ADOPTED**.

2.     Counts I-III and V-VII of the amended complaint are **DISMISSED** without prejudice.

3. Count IV of the amended complaint is **DISMISSED** with prejudice.

4. Plaintiffs may amend their complaint by March 20, 2015.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 27, 2015.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party