# EXHIBIT A

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CAPITOL BODY SHOP, INC., *et al.*,

                           Plaintiffs,

v.

STATE FARM MUTUAL AUTO INSURANCE
COMPANY, *et al.*,

                           Defendants.

**Case No. 6:14-MD-02557-GAP-TBS**

**RE: No. 6:14-CV-06000-GAP-TBS**

## DECLARATION OF DAN GOLDFINE IN SUPPORT OF GEICO GENERAL INSURANCE COMPANY AND GEICO INDEMNITY COMPANY'S MOTION FOR ATTORNEYS' FEES

I, Dan Goldfine, declare and state:

1.      I am a partner with the law firm of Lewis Roca Rothgerber Christie LLP, counsel of record for GEICO General Insurance Company and GEICO Indemnity Company (collectively "GEICO").  I make this Declaration based on my own personal knowledge and in support of GEICO's Motion for Attorneys' Fees ("Motion").

2.      Attached as **Exhibit B** to the Motion is GEICO's Task-Based Itemized Statement of Attorneys' Fees (the "Itemized Statement").  The Itemized Statement identifies, in chronological order, the following information: (1) the date on which the service was performed; (2) the time devoted to each individual task performed; (3) a description of the service provided; and (4) the identity of the attorney, paralegal or other person performing the service.  The information was compiled from the client billing statements that were prepared and maintained by Snell & Wilmer LLP and Lewis Roca Rothgerber Christie LLP in the regular course of their business.

3.      All of the fees identified in the Itemized Statement are fees that have been actually billed to GEICO and which GEICO has either paid or agreed to pay.  Rates actually billed GEICO contain discounts of more than 40% from the attorneys' standard rates.  I am an experienced litigator in the practice areas implicated by this motion and believe that all rates billed are reasonable in light of my experience.

4.      In preparing the Itemized Statement, I removed time entries that were redundant or unrelated to GEICO's defense of Counts 3, 4 and 5 asserted by Plaintiffs Clinton Body Shop, Inc. and Clinton Body Shop of Richland, Inc. in the Second Amended Complaint.

5.      In addition to the fees indicated on the Itemized Statement, I estimate that the remaining fees GEICO will incur related to its Motion for Attorneys' Fees and Reply in Support thereof will be $10,000.00.

6.      I was a partner at Snell & Wilmer LLP and am now a partner at Lewis Roca Rothgerber Christie LLP.  I have been practicing for more than twenty-five years.  My hourly

-1-

rate for this matter is $425, which is a reasonable rate for my skill and experience level and is a discount from my standard hourly rate.

7.      Joshua Grabel was a partner at Snell & Wilmer LLP and is now a partner at Lewis Roca Rothgerber Christie LLP.  Mr. Grabel has been practicing for more than eighteen years. Mr. Grabel's hourly rate for this matter is $375, which is a reasonable rate for his skill and experience level and is a discount from his standard hourly rate.

8.      Jamie Halavais was an associate at Snell & Wilmer LLP and is now Of Counsel at Lewis Roca Rothgerber Christie LLP.  Ms. Halavais has been practicing for over nine years.  Ms. Halavais' hourly rate for this matter is $275, which is a reasonable rate for her skill and experience level and is a discount from her standard hourly rate.

9.      Ian Fischer was an associate at Snell & Wilmer LLP and is now an associate at Lewis Roca Rothgerber Christie LLP.  Mr. Fischer has been practicing for over seven years.  Mr. Fischer's hourly rate for this matter is $275, which is a reasonable hourly rate for his skill and experience level and is a discount from his standard hourly rate.

10.      Cindy Schmidt was an associate at Snell & Wilmer LLP and is now an associate at Lewis Roca Rothgerber Christie LLP.  Ms. Schmidt has been practicing for over three years. Ms. Schmidt's hourly rate for this matter is $230, which is a reasonable hourly rate for her skill and experience level and is a discount from her standard hourly rate.

11.      Thomas Clees is a former associate at Snell & Wilmer LLP.  Mr. Clees was admitted to practice in 2014.  Mr. Clees' hourly rate for this matter is $180, which is a reasonable hourly rate for his skill and experience level and is a discount from his standard hourly rate.

12.      I have reviewed and approved the time and charges set forth in the Itemized Statement, and I believe that the time and expenses incurred were reasonable and necessary under the circumstances.  GEICO has agreed to these rates and has agreed to pay the fees indicated on the Itemized Statement.

13.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2016.

Dan Goldfine

# EXHIBIT B

# EXHIBIT B

Capitol Body Shop, Inc., et al. v. State Farm Mutual Automobile Insurance Company, et al.
Case No. 6:14-cv-06000-GAP-TBS
GEICO's Fees

| Attorney Services | | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Clees, Thomas | Outline arguments for Motion to Dismiss precluded claims and issues. | 3/24/2015 | 1.6 | $180.00 | $288.00 |
| Clees, Thomas | Review and annotate Second Amended Complaint and outline arguments for dismissal of precluded claims and issues. | 3/24/2015 | 0.8 | $180.00 | $144.00 |
| Clees, Thomas | Research and annotate Fifth Circuit authorities regarding issue and claim preclusion - adding to outline for Motion to Dismiss precluded claims. | 3/24/2015 | 1.4 | $180.00 | $252.00 |
| Goldfine, Dan W. | Work on separate Motion to Dismiss in Capitol against the Clinton entities on res judicata grounds. | 3/25/2015 | 1.2 | $425.00 | $510.00 |
| Clees, Thomas | Write Motion to Dismiss precluded claims and issues. | 3/25/2015 | 1.7 | $180.00 | $306.00 |
| Clees, Thomas | Review authorities regarding assertion of preclusion in a Motion to Dismiss. | 3/25/2015 | 0.3 | $180.00 | $54.00 |
| Clees, Thomas | Outline arguments for Motion to Dismiss precluded claims and issues. | 3/25/2015 | 0.4 | $180.00 | $72.00 |
| Clees, Thomas | Write Motion to Dismiss precluded claims and issues. | 3/26/2015 | 6.4 | $180.00 | $1,152.00 |
| Clees, Thomas | Write motion to dismiss precluded claims and issues. | 3/30/2015 | 4.0 | $180.00 | $720.00 |
| Goldfine, Dan W. | Work on motions to dismiss Amended Complaint and tactics re second Clinton-specific motion to Dismiss. | 3/31/2015 | 1.0 | $425.00 | $425.00 |
| Halavais, Jamie | Work on Motion to Dismiss re claim and issue preclusion re Clinton Body Shops. | 3/31/2015 | 3.0 | $275.00 | $825.00 |
| Clees, Thomas | Review, revise, and supplement Motion to Dismiss precluded claims. | 3/31/2015 | 0.6 | $180.00 | $108.00 |
| Clees, Thomas | Revise and supplement motion to dismiss precluded issues, creating new version. | 3/31/2015 | 0.4 | $180.00 | $72.00 |
| Fischer, Ian M. | Work on Motion to Dismiss Clinton body shops' claims. | 4/3/2015 | 0.3 | $275.00 | $82.50 |
| Clees, Thomas | Review Progressive's supplement to Motion to Dismiss, call J. Halavais to discuss revisions to Motion to Dismiss precluded claims. | 4/7/2015 | 0.5 | $180.00 | $90.00 |
| Halavais, Jamie | Work on Motion to Dismiss re Capitol Body Shop Plaintiffs claims re res judicata. | 4/7/2015 | 1.3 | $275.00 | $357.50 |
| Goldfine, Dan W. | Work on both Motions to Dismiss, including refining and reforming arguments in light of hundreds of new allegations. | 4/7/2015 | 5.6 | $425.00 | $2,380.00 |
| Grabel, Joshua | Revise Motion to Dismiss re: Mosley | 4/7/2015 | 1.2 | $375.00 | $450.00 |
| Fischer, Ian M. | Review and revise separate Motion to Dismiss Clinton body shops' claims. | 4/7/2015 | 0.4 | $275.00 | $110.00 |
| Goldfine, Dan W. | Work on Motion to Dismiss as to Clinton Body Shops. | 4/8/2015 | 0.5 | $425.00 | $212.50 |
| Clees, Thomas | Review and substantiate citations in motion to dismiss. | 4/9/2015 | 1.5 | $180.00 | $270.00 |
| Schmidt, Cindy K. | Supplement and revise the res judicata motion to dismiss with case law from the Eleventh Circuit. | 4/9/2015 | 2.0 | $230.00 | $460.00 |
| Goldfine, Dan W. | Continue to finalize both motions to dismiss, closely reviewing new arguments, making sure quality control issues are in place for the new arguments, and coordinating arguments with co-defendants | 4/9/2015 | 4.5 | $425.00 | $1,912.50 |

*Capitol Body Shop, Inc., et al. v. State Farm Mutual Automobile Insurance Company, et al.*

Case No. 6:14-cv-06000-GAP-TBS

**GEICO's Fees**

| | | | | | |
|---|---|---|---|---|---|
| Halavais, Jamie | Work on motion to dismiss state and federal claims re Clinton Body Shop plaintiffs. | 4/9/2015 | 3.6 | $275.00 | $990.00 |
| Schmidt, Cindy K. | Supplement and revise res judicata motion to dismiss with Mississippi case law and citations to the record. | 4/9/2015 | 2.5 | $230.00 | $575.00 |
| Schmidt, Cindy K. | Work on the res judicata motion to dismiss. | 4/9/2015 | 2.0 | $230.00 | $460.00 |
| Halavais, Jamie | Work on reply in further support of GEICO motion to dismiss re preclusion. | 4/28/2015 | 0.5 | $275.00 | $137.50 |
| Fischer, Ian M. | Review judgment in Mosley re Plaintiffs' argument that Mosley involved different parties. | 4/28/2015 | 0.3 | $275.00 | $82.50 |
| Clees, Thomas | Review and evaluate response in opposition to motion to dismiss, outline arguments in favor of preclusion for reply brief and meet with J. Halavais discussing same. | 4/28/2015 | 1.0 | $180.00 | $180.00 |
| Halavais, Jamie | Review plaintiffs' response to GEICO motions to dismiss. | 4/28/2015 | 1.8 | $275.00 | $495.00 |
| Clees, Thomas | Evaluate case file and authorities, write reply in support of motion to dismiss precluded claims. | 4/29/2015 | 4.0 | $180.00 | $720.00 |
| Halavais, Jamie | Work on reply in further support of motion to dismiss re CBS/CBSR. | 4/29/2015 | 0.7 | $275.00 | $192.50 |
| Clees, Thomas | Evaluate case file and authorities on preclusion, outline reply in support of motion to dismiss precluded claims and issues. | 4/29/2015 | 1.4 | $180.00 | $252.00 |
| Goldfine, Dan W. | Work on and revise CBS res judicata reply to motion to dismiss | 4/30/2015 | 0.8 | $425.00 | $340.00 |
| Clees, Thomas | Revise and supplement reply in support of motion to dismiss precluded claims - adding additional authority and clarifying analysis. | 4/30/2015 | 0.5 | $180.00 | $90.00 |
| Halavais, Jamie | Work on reply in further support of motion to dismiss re preclusion. | 4/30/2015 | 1.3 | $275.00 | $357.50 |
| Clees, Thomas | Revise and supplement reply in support of motion to dismiss precluded claims - expand discussion of state/federal law distinctions and same parties element of claim preclusion. | 5/1/2015 | 2.1 | $180.00 | $378.00 |
| Fischer, Ian M. | Review and comment on reply in support of Clinton Body Shop motion to dismiss. | 5/1/2015 | 0.6 | $275.00 | $165.00 |
| Halavais, Jamie | Work on reply in further support of motion to dismiss re preclusion. | 5/1/2015 | 1.5 | $275.00 | $412.50 |
| Halavais, Jamie | Research Mosley filings for reply in further support of motion to dismiss second amended complaint re preclusion. | 5/4/2015 | 0.6 | $275.00 | $165.00 |
| Fischer, Ian M. | Revise reply in support of motion to dismiss counts brought by Clinton Body Shop. | 5/4/2015 | 1.1 | $275.00 | $302.50 |
| Goldfine, Dan W. | Work on both replies to the motions to dismiss, coordinating legal arguments within both and with joint defendants' replies. | 5/4/2015 | 1.3 | $425.00 | $552.50 |
| Grabel, Joshua | Revise replies in support of MTD. | 5/4/2015 | 1.8 | $375.00 | $675.00 |
| Halavais, Jamie | Work on reply in further support of motion to dismiss second amended complaint re preclusion. | 5/4/2015 | 1.7 | $275.00 | $467.50 |
| Goldfine, Dan W. | Continue to finalize for filing both replies in support of the motions to dismiss. | 5/5/2015 | 0.8 | $425.00 | $340.00 |
| Halavais, Jamie | Work on reply in further support of motion to dismiss re preclusion. | 5/5/2015 | 1.7 | $275.00 | $467.50 |
| Fischer, Ian M. | Review final drafts of replies in support of motions to dismiss. | 5/5/2015 | 0.9 | $275.00 | $247.50 |

Capitol Body Shop, Inc., et al. v. State Farm Mutual Automobile Insurance Company, et al.

Case No. 6:14-cv-06000-GAP-TBS

GEICO's Fees

| | | | | | |
|---|---|---|---|---|---|
| TOTAL FEES | | | 75.1 | | $20,298.00 |